U.S. MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RACHEL MARIE FEIST ROY,<br><br>  Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Civil No.  2:25-CV-01470-MLP<br><br><br><br>[PROPOSED] ORDER<br><br>Note on Motion Calendar: October 26, 2025 |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security for a hearing before an Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's application for disability benefits. On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a hearing, reevaluate the Plaintiff's subjective complaints, reevaluate Plaintiff's RFC, continue the sequential evaluation process, obtaining vocational expert testimony, if warranted; and issue a new decision.

Page 1   PROPOSED ORDER TO REMAND
[2:25-CV-01470-MLP]

Program Litigation 1
Law & Policy/SSA
6401 Security Boulevard
Baltimore, MD 21235

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 27th day of October, 2025.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ *Franco L. Becia*
FRANCO L. BECIA
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
State Bar No. (WA) 26823
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov

Page 2    ~~PROPOSED~~ ORDER TO REMAND
         [2:25-CV-01470-MLP]

Program Litigation 1
Law & Policy/SSA
6401 Security Boulevard
Baltimore, MD 21235